

January 23, 2018

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Wolman v. The Fader, Inc. (1:17-cv-07492-WHP)*

Dear Judge Pauley,

We represent Plaintiff, Baron Wolman, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in thirty (30) days from today's date if the parties have not submitted their final Notice of Dismissal by such time.

The Court's consideration is much appreciated.

                                          Respectfully submitted,

                                          /s/Richard Liebowitz
                                          Richard P. Liebowitz

                                          *Counsel for Plaintiff Baron Wolman*