UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARON WOLMAN<br><br>        Plaintiff,<br><br>  v.<br><br>THE FADER, INC.<br><br>        Defendant. | STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:17-cv-*7492-WHP* |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Baron Wolman and Defendant The Fader, Inc. hereby stipulate that a settlement has been reached and that the above-captioned action is voluntarily dismissed, with prejudice, and without costs to either party.

/s/ Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 2/21/2018

*Attorneys for Plaintiff Baron Wolman*

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT
LLP

By /s/ L. Donald Prutzman
L. Donald Prutzman

7

900 Third Avenue
New York, New York 10022
(212) 508-6739
 *Attorneys for Defendant The Fader, Inc.*

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

2-23-18